FILED
U.S. DI[illegible] COURT
MIDDLE [illegible] A

'09 MAR 1[illegible] A 11:56

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT JOSEPH McCAFFERTY #355140
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.

SECTION

versus

DIXON CORRECTIONAL INSTITUTE
LIEUTENANT LINDA FOKART
WARDEN STEVE RADER
CAPTAIN RICKY WILLIAMS
SGT. JONETHA CAUSEY
MR. JAMES LEBLANC, SECRETARY

Print the full name of all defendants in this action.
**DO NOT WRITE *et al.***

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes (✓) No ( )

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs Robert Joseph McCafferty

Defendants Dixon Correctional Inst, Warden Steve Rader, Lt. Linda Eckart, Capt. Ricky Williams, Sgt. Jonetha Causey

2. Court (If federal court, name of the district court; if state court, name the parish.) 19th Judicial District Court (East Baton Rouge Parish

3. Docket Number Suit No C571566

4. Name of judge to whom case was assigned Not yet Assigned)

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

Pending

6. Approximate date of filing lawsuit October 10, 2008

7. Approximate date of disposition Pending

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

II. PLACE OF PRESENT CONFINEMENT: Dixon Correction Institute

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison [ARP DCI-2008-326 (5-1-08] [Appeals # DCI-2008-102, 103, 104, 105 (May 11, 2008)] [DCI-2008-155 & 156 (6-20-0

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? yes

D. If your answer is NO, explain why you have not done so: ______

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) Robert Joseph McCafferty

Prisoner Number # 355140

Address DCI P.O. Box 788 Jackson, LA 70748

Date of Birth 4-18-71

Date of Arrest December 12, 2006

Date of Conviction October 10, 2007

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant Lt. Linda Eckart is employed as A Correctional Officer (Lieutenant) at Dixon Correction Institute

Address for service: PO Box 788 Jackson, LA. 70748

C. Defendant Steve Rader is employed as Warden

at Dixon Correctional Institute

Address for service: P.O. Box 788 Jackson LA 70748

D. Defendant Cpt. Ricky Williams is employed as A Correctional Officer (Captain) at Dixon Correctional Institute

Address for service: P.O Box 788 Jackson, La. 70748

E. Defendant Sgt Jonetha Causey is employed as A Correctional Officer at Dixon Correctional Institute

Address for service: PO. Box 788 Jackson, LA. 70748

F. Defendant Mr. James Leblanc is employed as Secretary of Dept. of Corrections at State of Louisiana

Address for service: ______

G. Defendant ______ is employed as ______

______ at ______

Address for service: ______

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Attached is one copy of the Request for Administrative Remedy to the Warden pertaining to this claim. This copy briefly describes the incident which took place on the night of May 2, 2008 the Disciplinary Appeal case numbers listed on page three (3) of this form also support my claim. (Exhibit - A copy Attached)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am Respectfully Asking the Court to Appoint Legal Counsel. I am respectfully requesting the opportunity to prove that the Correctional officers listed in this claim lied and that the punishment I was given was wrong, intentional and should be investigated fully. I also respectfully request each officer listed submit to a Polygraph test. "All costs shall be the burden of Defendants including filing fees." I am also asking the Court to reverse the penalties/Punishment I was wrongfully given.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 27 day of February, 2009.

Robert J. McCafferty
(Signature of Plaintiff)

01/04

Exhibit-A

**DIXON CORRECTIONAL INSTITUTE**
**5568 Hwy. 68**
**Jackson, Louisiana 70748**
**Steve C. Rader, Warden**

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

Robert J. McCafferty
**INMATES NAME**

May 1, 2008
**DATE OF INCIDENT**

#355140 B
**D.O.C NUMBER** **DORM**

Gym / Visiting Shed
**PLACE OF INCIDENT**

Crew 1
**JOB ASSIGNMENT**

Approximately 9:30 pm
**TIME OF INCIDENT**

Page 1 of 2 May 19, 2008

**DESCRIBE THE NATURE OF YOUR COMPLAINT FACTS / WHO / WHAT / WHEN / WHERE / HOW**

I inmate Robert McCafferty #355140 respectfully request administrative remedy concerning officer Lt. Linda Eckart. Lt. Eckart purposely conspired to have me perform duties on my day off only on the basis of retaliation.

On Tuesday April 29, 2008 Sgt. Joseph (C-Team Gym Security) called us (A/C Team-Gym orderlies) in to work a little earlier than we are normally expected to arrive for our regular job assignment. Upon arriving, Sgt. Joseph gave orders for us to start ironing sheets for the May 1st Job Fair. As we began ironing the sheets, Sgt. Joseph stopped us from ironing sheets and said she called the B/D Team orderlies (inmates Robert Yrle and Joe Lewis ) in to help with the sheets so we could finish cleaning the gym/visiting shed area. Inmate Greg Radecker got upset with Sgt. Joseph for calling the B/D Team orderlies in. Inmate Greg Radecker also told the B/D Team orderlies that I (Robert ~~McCafferty) was the reason Sgt. Joseph called them in to iron sheets.~~ Sgt. Joseph told inmate Greg Radecker that McCafferty had nothing to do with them (B/D Team orderlies) being called in. B/D Team orderlies (Robert Yrle and Joe Lewis) had already complained to Lt. Eckart.

Now, on Thursday morning May 1, 2008 inmate Robert Yrle (B/D Team Gym orderly) came to me and said "McCafferty you better watch out because Lt. Eckart has it out for you and that she's (Lt Eckart) calling you in tonight." I asked inmate Robert Yrle why and he said because Lt. Eckart was told I (Robert McCafferty) was the reason they were called in to iron sheets for the Job Fair.

Well, later that night I was called in and upon arriving Sgt. Jonetha Causey pointed at a laundry buggy full of sheets and said Lt. Eckart gave orders for

*(Continued on Page 2 Attached

**RELIEF REQUESTED**

Respectfully requesting that Lt. Linda Eckart be suspended indefinitely and that I may speak with Warden Steve Rader (only) concerning this matter.

DATE Submitted May 19, 2008

**I AM REQUESTING THAT THIS FORM BE USED TO ENTER MY COMPLAINT INTO THE ADMINISTRATIVE REMEDY PROCEDURE**

Exhibit - A

(Continued from Page 1 ARP) May 19, 2008

Page 2 of 2

you to iron All those sheets by yourself by morning. At this time I realized what inmate Robert Yrle said about Lt. Eckart having it out for me (Robert McCafferty) was true. I then asked Sgt. Causey (B/D Team Gym Security) permission to go speak with the Captain (Ricky Williams) concerning the situation. Captain Williams said "McCafferty the best thing to do is just go iron the sheets and do an ARP first thing tomorrow. I said okay and started to return to the gym but Captain Johnson caught me as I was leaving the Bullpen and said hold up because Lt Eckart was on her way. As Lt Eckart arrived in the Bullpen about ten minutes later she started screaming and said "Get your ass in this office". After Lt. Eckart question me about what her orderlies revealed to me about her plan to have me iron sheets, she (Lt. Eckart) said you want to see rank huh! "Well I've got someone for you to see, put your hands behind your back". I was then placed in lockdown!

Warden Rader, I feel it is in the best interest to possibly meet with you concerning this matter. I have suffere a substantial amount of punishment because of Lt Eckarts unprofessional behavior and actions. I respectfully request that inmates Robert Yrle, Greg Radecker, Emile Harris, and Eddie (Last Name Gym Or) be questioned. Please know that I am not challenging Disciplinary on this request for Administrative Remedy. This request is to only show Lt. Linda Eckart displayed abusive authoritative actions which surpasses the guidelines of Louisiana Department of Public Safety and Corrections Rules and Regulations for Corrections Officers.

Respectfully, Yours,
Robert J. McCafferty

Date Submitted: May 19, 2008
Submitted By: Robert McCafferty #355140

May I please be sent one photocopy of this Request for Administrative Remedy. Thankyou! R.J.M.

ERT MCCAFFERTY 355140
I. UNIT-2 DORM 6
BOX 788
KSON, LA. 70748

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA BLVD. SUITE 139
BATON ROUGE, LA. 70801-1712