UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT JOSEPH MCCAFFERTY (355140)

VERSUS

DIXON CORRECTIONAL
INSTITUTE, ET AL

CIVIL ACTION

NO. 09-134-BAJ-DLD

## RULING

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 14, 2012 (doc. 33), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the motion for summary judgment filed by Linda Eckart is granted and this action shall be dismissed.

Baton Rouge, Louisiana, April 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA